IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA SCHAFFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3229-CV-S-GAF-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Now pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis. The Court having considered said motion and the Affidavit of Financial Status, it is

ORDERED as follows:

1. Plaintiff's Motion to Proceed in Forma Pauperis is granted,

2. Because this case is included in the Case Management/Electronic Case Filing (CM/ECF) system; Plaintiff's counsel shall be responsible for electronically filing the complaint within five (5) days of this Order, and

3. Plaintiff shall be responsible for serving process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 2, 2009